IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FORT WALTON DEVELOPMENT, LLC,
a Delaware limited liability company,
    Plaintiff,

vs.  Case No. 3:08cv401/MCR/EMT

COUNTRYWIDE HOME LOANS, INC.,
A New York corporation, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

    This matter is before the court on Defendant Countrywide Home Loans, Inc.'s (Countrywide) Motion to Dismiss Counts I and II of Plaintiff's Amended Complaint (Docs. 28, 36). Counts I and II are the only claims against Countrywide in this action (*see* Doc. 28). After the filing of the motion, the parties submitted a Joint Stipulation to Dismiss, in which the parties stipulate to dismiss Counts I and II without prejudice (Doc. 37).

    Accordingly, it is respectfully **RECOMMENDED**:

    1.    That the Stipulation for Dismissal (Doc. 37) be approved.

    2.    That Counts I and II of Plaintiff's Amended Complaint be dismissed without prejudice and this cause be dismissed as to Defendant Countrywide Home Loans, Inc.

    At Pensacola, Florida, this 14th day of January 2009.

    /s/  Elizabeth M. Timothy
    **ELIZABETH M. TIMOTHY**
    **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

    **Objections to these proposed findings and recommendations may be filed within ten (10) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only. A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**