**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

FORT WALTON DEVELOPMENT, LLC,
a Delaware limited liability company,
    Plaintiff,

vs.                                    Case No. 3:08cv401/MCR/EMT

COUNTRYWIDE HOME LOANS, INC.,
A New York corporation, et al.,
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 14, 2009 (Doc. 40).  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  The Stipulation for Dismissal (Doc. 37) is approved.

    3.  Counts I and II of Plaintiff's Amended Complaint are dismissed without prejudice and this cause is dismissed as to Defendant Countrywide Home Loans, Inc.

    **DONE AND ORDERED** this 18th day of February, 2009.

                                      <u>s/ *M. Casey Rodgers*</u>
                                      **M. CASEY RODGERS
                                      UNITED STATES DISTRICT JUDGE**